FILED
CLERK, U.S. DISTRICT COURT

NOV 25 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ROBERT MALECIO ANDRADE,<br><br>　　　　　　Defendant. | CASE NO. CR-12-00743-MWF<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the _Central District of California_ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. ( ) the safety of any person or the community.

2. The Court concludes:

    A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

1  other persons or the community. Defendant poses a risk to the
2  safety of other persons or the community based on:
3  _____
4  _____
5  _____
6  _____
7  _____
8  B. (✓) Defendant has failed to demonstrate by clear and convincing
9  evidence that he is not likely to flee if released. Defendant poses
10 a flight risk based on: _absconded from supervision_
11 _____
12 _____
13 _____
14 _____
15 _____
16 IT IS ORDERED that defendant be detained.
17
18
19
20 DATED: November 25, 2025
   
   _____
   HONORABLE ALICIA G. ROSENBERG
21 UNITED STATES MAGISTRATE JUDGE

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR-94 (06/07)                                                         Page 2 of 2